1  Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
2  Marc E. Masters - State Bar No. 208375
    mmasters@birdmarella.com
3  Gregory T. Nolan - State Bar No. 291162
    gnolan@birdmarella.com
4  BIRD, MARELLA, RHOW,
  LINCENBERG, DROOKS & NESSIM, LLP
5  1875 Century Park East, 23rd Floor
  Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
  Facsimile: (310) 201-2110

Attorneys for Defendant STIIIZY Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY ANDERSON, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>STIIIZY INC.,<br><br>    Defendant. | CASE NO. 2:25-cv-04515<br><br>**DEFENDANT'S NOTICE OF RELATED CASE**<br><br>[Related Cases: 2:25-cv-00420-GW-SSC; 2:25-cv-490-GW-SSC; 2:25-CV-00510-MRA] |

4049249.1

DEFENDANT'S NOTICE OF RELATED CASE

**PLEASE TAKE NOTICE** that Defendant STIIIZY, Inc. hereby files this Notice of Related Case pursuant to Local Rule 83-1.3.1 as follows:

The related cases listed below were removed to or filed in this District as indicated in the chart:

| Caption | Case Number | Date Filed | Assigned Judge |
|---|---|---|---|
| *G.E. v. STIIIZY INC.* | 2:25-cv-00420-GW-SSC | 01/17/2025 | Judge George H Wu |
| *Donald Hatch v. STIIIZY INC. et al* | 2:25-cv-00490-GW-SSC | 01/22/2025 | Judge George H Wu |
| *Ryan Wenzel v. Stiiizy, Inc.* | 2:25-cv-00510-GW-SK | 01/21/2025 | Judge George H Wu |

The related cases are substantially related to this action because each of the cases call for determination of the same or substantially related or similar questions of law or fact. All of the cases are putative class actions seeking to hold STIIIZY liable for an alleged data breach resulting in the stolen data of STIIIZY's customers. STIIIZY respectfully requests that this action be assigned to United States District Court Judge George H. Wu, given the substantial overlap between these cases.

DATED: May 20, 2025

Ekwan E. Rhow
Marc E. Masters
Gregory T. Nolan
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: _____
Gregory T. Nolan
Attorneys for Defendant Stiiizy Inc.

4049249.1

2
DEFENDANT'S NOTICE OF RELATED CASE